In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-155 CR


____________________



HOWARD PAUL YOUNG, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 221st District Court 


Montgomery County, Texas


Trial Cause No. 06-02-01558-CR






MEMORANDUM OPINION


 Howard Paul Young was convicted and sentenced on an indictment for involuntary
manslaughter. Young filed a notice of appeal on March 13, 2007. The trial court entered a
certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
trial court's certification has been provided to the Court of Appeals by the district clerk.

 On March 20, 2007, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 


 
 ______________________________

 STEVE MCKEITHEN

 Chief Justice



Opinion Delivered May 9, 2007

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.